UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID E. MAYS, Derivatively on Behalf of Nominal Defendant JUNO THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HANS E. BISHOP, *et al.*, <br><br> Defendants. | CASE NO. C17-1356 RSM <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On September 8, 2017, Plaintiff David E. Mays filed a Cover Sheet listing as a related case *In re Juno Therapeutics, Inc.*, Case No. 16-cv-1069-RSM. Dkt. #1-1. The Court has examined the Complaint in this case and the related case and believes there is cause to consolidate these matters under Case No. 16-cv-1069-RSM.

In response to this Order, Plaintiff and Defendants must each write a short and plain statement telling the Court: (1) why this case should not be consolidated with Case No. 16-cv-1069-RSM; (2) if this case should not be consolidated, how it can proceed parallel to Case No. 16-cv-1069-RSM; (3) why Plaintiff is not a member of the class in Case No. 16-cv-1069-RSM

ORDER TO SHOW CAUSE - 1

and therefore subject to the restrictions discussed in Case No. 16-cv-1069-RSM, Dkt. #40. **Each Response may not exceed six (6) double-spaced pages**. Defendants may submit one collective Response. The Court will take no further action in this case until the parties have submitted these Responses.

Accordingly, the Court hereby finds and ORDERS that the parties shall file Responses to this Order to Show Cause containing the detail above **no later than fourteen (14) days from the date of this Order**.

DATED this 20 day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE