UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE JUNO THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: C17-1356 RSM<br>(Derivative Action)<br><br>**STIPULATED MOTION AND ORDER STAYING ACTION PENDING OUTCOME OF ANNOUNCED ACQUISITION OF DEFENDANT JUNO THERAPEUTICS, INC.** |

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING OUTCOME OF ANNOUNCED
ACQUISITION OF JUNO THERAPEUTICS, INC.
LEAD CASE NO.: C17-1356 RSM

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

Defendants Hans E. Bishop, Richard D. Klausner, Robert T. Nelsen, Howard H. Pien, Hal V. Barron, Thomas O. Daniel, Anthony B. Evnin, Mary Agnes Wilderotter, Marc Tessier-Lavigne, Steven D. Harr, and Mark J. Gilbert, and Nominal Defendant Juno Therapeutics, Inc. ("Juno") (collectively, "Defendants"), and plaintiffs David E. Mays and Paul Szollosi (collectively, "Plaintiffs"), by and through their respective counsel, submit this Stipulated Motion and Proposed Order pursuant to LR 10(g):

WHEREAS, on September 8, 2017, Plaintiff David E. Mays filed a putative shareholder derivative action purportedly on behalf of Juno, and on November 6, 2017, Plaintiff Paul Szollosi filed a similar putative shareholder derivative action purportedly on behalf of Juno;

WHEREAS, on December 5, 2017, the Court consolidated the two actions and ordered a briefing schedule for Defendants' Motion to Transfer ("Motion"), with Defendants' motion to be filed no more than fourteen days after the order, Plaintiffs' opposition to be filed no more than 45 days later, and Defendants' reply to be filed no more than 30 days after Plaintiffs' opposition is filed (Dkt. 27);

WHEREAS, pursuant to the December 5, 2017 consolidation order, Defendants filed their Motion on December 19, 2017 (Dkt. 28);

WHEREAS, on January 22, 2018, Juno and Celgene Corporation ("Celgene") announced the signing of a definitive merger agreement in which Celgene has agreed to acquire Juno for $87 per share in cash (the "Acquisition") pursuant to a tender offer for all outstanding shares of Juno ("Tender Offer");

WHEREAS, the Tender Offer is anticipated to close in Q1 2018 (i.e., by the end of March 2018);

WHEREAS, the parties agree that, if the Tender Offer is completed and the Acquisition closes, Plaintiffs will no longer have standing to pursue these putative derivative actions;

WHEREAS, for the purpose of ensuring that this action proceeds in an efficient and orderly fashion, counsel for the parties have conferred and agreed to suspend briefing on the Motion and all other pretrial proceedings herein, pending the outcome of the Tender Offer and

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING OUTCOME OF ANNOUNCED
ACQUISITION OF JUNO THERAPEUTICS, INC.
LEAD CASE NO.: C17-1356 RSM

-1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

Acquisition;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby agree and stipulate to the following:

1. The briefing schedule on Defendants' Motion as ordered by the Court on December 5, 2017 is vacated;

2. All other pretrial proceedings are stayed;

3. In the event the Acquisition fails to close, the parties agree to meet and confer in good faith to agree on a new schedule for the filing of Plaintiffs' Opposition to the Motion and Defendants' Reply in support of the Motion, as well as the hearing on the Motion.

Respectfully submitted,

Dated: January 29, 2018

WILSON SONSINI GOODRICH & ROSATI, PC
/s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone:   (206) 883-2500
Facsimile:     (206) 883-2699
Email: gwatts@wsgr.com

*Counsel for Defendants*

Dated: January 29, 2018

ZWERLING, SCHACHTER & ZWERLING, LL
/s/ Dan Drachler
Dan Drachler (WSBA #27728)
1904 Third Avenue
Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636
ddrachler@zsz.com

*Counsel for Plaintiffs*

HARWOOD FEFFER LLP
Robert I. Harwood (pro hac vice)
Matthew M. Houston (pro hac vice)
Benjamin I. Sachs-Michaels (pro hac vice)
488 Madison Avenue, 8th Floor
New York, New York 10001
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING OUTCOME OF ANNOUNCED
ACQUISITION OF JUNO THERAPEUTICS, INC.
LEAD CASE NO.: C17-1356 RSM

-2-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

rharwood@hfesq.com
mhouston@hfesq.com
bsachsmichaels@hfesq.com

GLANCY PRONGAY & MURRAY, LLP
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
lportnoy@glancylaw.com

*Counsel for Plaintiff David E. Mays*

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
Brett D. Stecker (pro hac vice)
James M. Ficaro (pro hac vice)
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jmf@weiserlawfirm.com

*Counsel for Plaintiff Paul Szollosi*

\* \* \*

**IT IS SO ORDERED** this 31st day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

Gregory L. Watts, WSBA #43995
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone:   (206) 883-2500
Facsimile:    (206) 883-2699
Email: gwatts@wsgr.com

*Counsel for Defendants*

STIPULATED MOTION AND ORDER STAYING
ACTION PENDING OUTCOME OF ANNOUNCED
ACQUISITION OF JUNO THERAPEUTICS, INC.
LEAD CASE NO.: C17-1356 RSM

-3-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA  98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699