THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE JUNO THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Lead Case No.: 17-cv-1356 RSM<br>(Derivative Action)<br><br>**STIPULATED MOTION AND ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE** |

STIPULATED MOTION AND ORDER VOLUNTARILY
DISMISSING ACTION WITHOUT PREJUDICE
LEAD CASE NO.: 17-CV-1356 RSM

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, Plaintiffs David E. Mays and Paul Szollosi (collectively, "Plaintiffs"), Defendants Hans E. Bishop, Richard D. Klausner, Robert T. Nelsen, Howard H. Pien, Hal V. Barron, Thomas O. Daniel, Anthony B. Evnin, Mary Agnes Wilderotter, Marc Tessier-Lavigne, Steven D. Harr, and Mark J. Gilbert, and Nominal Defendant Juno Therapeutics, Inc. ("Juno") (collectively, "Defendants"), by and through their respective counsel, respectfully request that the Court enter an Order granting Plaintiffs' request to voluntarily dismiss the above-captioned action without prejudice. The parties state as follows:

WHEREAS, on September 8, 2017, Plaintiff David E. Mays filed a putative shareholder derivative action purportedly on behalf of Juno, and on November 6, 2017, Plaintiff Paul Szollosi filed a similar putative shareholder derivative action purportedly on behalf of Juno;

WHEREAS, on December 5, 2017, the Court consolidated the two actions and ordered a briefing schedule for Defendants' Motion to Transfer ("Motion"), with Defendants' Motion to be filed no more than 14 days after the order, Plaintiffs' opposition to be filed no more than 45 days later, and Defendants' reply to be filed no more than 30 days after Plaintiffs' opposition is filed (Dkt. 27);

WHEREAS, pursuant to the December 5, 2017 consolidation order, Defendants filed their Motion on December 19, 2017 (Dkt. 28);

WHEREAS, on January 22, 2018, Juno and Celgene Corporation ("Celgene") announced the signing of a definitive merger agreement in which Celgene has agreed to acquire Juno for $87 per share in cash (the "Acquisition") pursuant to a tender offer for all outstanding shares of Juno ("Tender Offer");

WHEREAS, the parties agreed that, if the Tender Offer was completed and the Acquisition closed, Plaintiffs would no longer have standing to pursue these putative derivative actions, and thus the parties stipulated, and the Court ordered on January 31, 2018, that briefing on the Motion and all other pretrial proceedings herein would be suspended pending the outcome of the Tender Offer and Acquisition;

STIPULATED MOTION AND ORDER VOLUNTARILY
DISMISSING ACTION WITHOUT PREJUDICE
LEAD CASE NO.: 17-CV-1356 RSM

-1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

WHEREAS, the Tender Offer has closed and Celgene subsequently completed the Acquisition of Juno on March 6, 2018;

WHEREAS, Plaintiffs now seek to voluntarily dismiss these derivative actions without prejudice, with each party to bear their own costs and fees; and

WHEREAS, the parties respectfully submit that notice is unnecessary to protect the interests of Juno and its shareholders for the following reasons: (i) Plaintiffs seek dismissal without prejudice, (ii) there has been no settlement or compromise, (iii) there has been no collusion among the parties, and (iv) neither Plaintiffs nor their counsel have received or will receive any consideration from Defendants for the dismissal.

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby agree and stipulate to the following:

1. The derivative actions are dismissed without prejudice;
2. For the reasons stated above, notice of said dismissal is not required; and
3. Each party shall bear their own costs and fees.

Respectfully submitted,

Dated: March 20, 2018

WILSON SONSINI GOODRICH & ROSATI, PC
/s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Counsel for Defendants*

Dated: March 20, 2018

ZWERLING, SCHACHTER & ZWERLING, LL
/s/ Dan Drachler
Dan Drachler (WSBA #27728)
1904 Third Avenue
Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636
ddrachler@zsz.com

*Counsel for Plaintiffs*

STIPULATED MOTION AND ORDER VOLUNTARILY
DISMISSING ACTION WITHOUT PREJUDICE
LEAD CASE NO.: 17-CV-1356 RSM

-2-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

| | |
|---|---|
| 1 | HARWOOD FEFFER LLP |
| 2 | Robert I. Harwood (pro hac vice) |
|  | Matthew M. Houston (pro hac vice) |
|  | Benjamin I. Sachs-Michaels (pro hac vice) |
| 3 | 488 Madison Avenue, 8th Floor |
|  | New York, New York 10001 |
| 4 | Telephone: (212) 935-7400 |
|  | Facsimile: (212) 753-3630 |
| 5 | rharwood@hfesq.com |
|  | mhouston@hfesq.com |
| 6 | bsachsmichaels@hfesq.com |
| 7 | GLANCY PRONGAY & MURRAY, LLP |
|  | Robert V. Prongay |
| 8 | Lesley F. Portnoy |
|  | 1925 Century Park East, Suite 2100 |
| 9 | Los Angeles, California 90067 |
|  | Telephone: (310) 201-9150 |
| 10 | Facsimile: (310) 201-9160 |
|  | rprongay@glancylaw.com |
| 11 | lportnoy@glancylaw.com |

*Counsel for Plaintiff David E. Mays*

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
Brett D. Stecker (pro hac vice)
James M. Ficaro (pro hac vice)
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jmf@weiserlawfirm.com

*Counsel for Plaintiff Paul Szollosi*

\* \* \*

**IT IS SO ORDERED.**

Dated: March 21, 2018

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

STIPULATED MOTION AND ORDER VOLUNTARILY
DISMISSING ACTION WITHOUT PREJUDICE
LEAD CASE NO.: 17-CV-1356 RSM

-3-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

PRESENTED BY:

Gregory L. Watts, WSBA #43995
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Counsel for Defendants*

STIPULATED MOTION AND ORDER VOLUNTARILY -4-
DISMISSING ACTION WITHOUT PREJUDICE
LEAD CASE NO.: 17-CV-1356 RSM

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699